NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RAYLAND YOUNG,**
*Petitioner,*

v.

**DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,**
*Respondent.*

---

2011-3232

---

Petition for review of an arbitrator's decision in FMCS case no. 111228-52284-6, by Marvin J. Feldman.

---

**ON MOTION**

---

**ORDER**

Upon consideration of the Department of Housing and Urban Development's unopposed motion for a 6-day extension of time, until March 28, 2012, to file its brief,

IT IS ORDERED THAT:

The motion is granted. No further extensions should be anticipated.

FOR THE COURT

MAR 2 9 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Matthew H. Solomson, Esq.
Hillary A. Stern, Esq.

s21

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 2 9 2012

JAN HORBALY
CLERK